UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TRACY KOEHLING,            )<br>    Plaintiff,            )<br>                                          )<br>v.                                       )<br>                                          )<br>NANCY A. BERRYHILL,            )<br>Acting Commissioner of Social Security,   )<br>    Defendant.            ) | Civil Action No. 1:16-00519 |

### Order

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings.  Upon the remand of this case by this Court, the Appeals Council will remand it for submission of new evidence, a de novo hearing, and a new decision.  The ALJ will be instructed to consider and explain the weight given to treating source opinions and apply the sequential evaluation process.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**                                                                  Dated:  March 31, 2017

                                                                                    /s/ Jon D. Levy
                                                                                    **U.S. DISTRICT JUDGE**